IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DARRELL JOHNSON,

      Plaintiff,

v.                                    CASE NO. 4:07-cv-00201-MP-AK

JOHN D. SLOAN, et al.,

      Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 19,  Motion for Extension of Time to File

Objections to Report and Recommendation, filed by Plaintiff Johnson.  In the motion, Plaintiff

requests an extension of the deadline in which to file objections to the Magistrate Judge's Report

and Recommendation, which recommends that Plaintiff's complaint be dismissed for failure to

pay the filing fee at the time this case was filed.  In an abundance of caution, the Court grants the

Plaintiff's motion, and Plaintiff shall file his objections to the Magistrate's Report on or before

February 20, 2008.


**DONE AND ORDERED** this __5th__ day of February, 2008


                          *s/Maurice M. Paul*
                    Maurice M. Paul, Senior District Judge